[No. 48664-1-I. Division One. December 23, 2002.]

ROBERT HANNAH, *Appellant*, v. MARC CHIRICO, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 99-2-10599-1, Jeanette R. Burrage and Deborah D. Fleck, JJ., entered November 9 and December 15, 2000, May 11, 2001, and April 14, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox, A.C.J., and Agid, J.

[Nos. 48802-3-I; 48803-1-I. Division One. December 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARIUS PAIGE, ET AL., *Defendants*, ISAAC CRISPIN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 01-1-00959-8, Jeffrey M. Ramsdell, J., entered July 12, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49134-2-I. Division One. December 23, 2002.]

*In the Matter of the Marriage of* SUSAN LESLIE LEISY, *Respondent*, and BRUCE WAYNE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-02301-6, Gregory P. Canova, J., entered July 25, 2001. *Affirmed* by unpublished per curiam opinion.

[Nos. 49488-1-I; 49254-3-I. Division One. December 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DOUGLAS SUMMERS, *Appellant*.
*In the Matter of the Personal Restraint of* WILLIAM DOUGLAS SUMMERS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03394-4, Douglas D. McBroom, J., entered August 14, 2001, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.